S. LANE TUCKER
United States Attorney

WILLIAM A. TAYLOR
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: William.Taylor@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF NOVEMBER 2022 GRAND JURY SUBPOENA TO COMCAST CABLE COMMUNICATIONS (2022R00151-007) | Case No. 3:22-mj-00455-KFR<br><br>**Filed Under Seal** |

**APPLICATION FOR ORDER COMMANDING COMCAST CABLE COMMUNICATIONS NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA**

The United States requests that the Court order COMCAST CABLE COMMUNICATIONS not to notify any person (including the subscribers and customers of the account(s) listed in the subpoena) of the existence of the attached subpoena for one year.

COMCAST CABLE COMMUNICATIONS is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United

States obtained the attached subpoena, which requires COMCAST CABLE COMMUNICATIONS to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. The investigation concerns potential violations of 18 U.S.C. Sec. 875 (Interstate Threats). A message threatening violent action was sent via COMCAST CABLE COMMUNICATIONS and law enforcement is working to determine the person behind the threat. Alerting the source of the threat of the ongoing investigation could cause them to speed up any plans to carry out any violent acts or cause them to destroy evidence linking them to the threat.

The investigation is in the early stages, the threat having been sent in the last week. It is anticipated the investigation will proceed by first identifying the online persona, and then move toward identifying the person, persons, or groups behind the message. This process will take some time to complete and thus an NDO for one year is requested.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing COMCAST CABLE COMMUNICATIONS not to disclose the existence or content of the attached subpoena for one year except that COMCAST CABLE COMMUNICATIONS may disclose the attached subpoena to an attorney for COMCAST CABLE COMMUNICATIONS for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on 10/20/2022

    s/William A. Taylor
WILLIAM A. TAYLOR
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
william.taylor@usdoj.gov