# UNITED STATES DISTRICT COURT
for the
District of Alaska

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Comcast Cable Communications
1800 Bishops Gate Blvd.
Mount Laurel, NJ 08054
Fax: 866-947-5587

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Attorney's Office<br>222 West 7th Avenue, #9, RM 253<br>Anchorage, AK 99513-7567 | Date and Time: November 15, 2022<br>9:00am |
|---|---|

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
* PLEASE SEE THE SUBPOENA ATTACHMENT.

** PLEASE PROVIDE THE REQUESTED DOCUMENTS IN ELECTRONIC FORMAT TO:
usaak.sp.responses@usdoj.gov

Please contact the Budget Officer, David Urrea, at (907) 271-5071 or usaak.budget@usdoj.gov with any invoice or payment questions you may have.

For all compliance, extensions or records questions please email usaak.sp.responses@usdoj.gov

Date: October 20, 2022

Clerk of Court

Brian Karth
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

William A. Taylor
U.S. Courthouse and Federal Building 222 W. 7th Ave, #9, Room 253 Anchorage, AK 99513-7567
907-271-5071
usaak.sp.responses@usdoj.gov

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Comcast Cable Communications
was received by me on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**Grand Jury Subpoena Attachment Form**  
Department of Justice

**United States Attorney**  
District of Alaska

ATTACHMENT TO SUBPOENA

Please provide the records and information described below, which are associated with the following account(s):

        73.5.216.81 on 10/13/2022 16:09:40 EDT.

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);

3. Length of service (including start date) and types of service utilized;

4. Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);

5. Other subscriber numbers or identities, including any temporarily assigned network addresses (including the registration and session Internet Protocol ("IP") addresses with associated port numbers); and

6. Means and source of payment for such service (including any credit card or bank account number).

If you have any questions, please call FBI SA Rory Johnson at (907) 265-8522, or via e-mail at rbjohnson@fbi.gov

RECORD FORMAT: Records are requested in the form of electronic media. Also, please include the subpoena request in the response.

Please email or mail your response to:

William A. Taylor  
Assistant United States Attorney  
District of Alaska  
222 West 7th Avenue, Suite 253  
Anchorage, AK  99501  
Email: USAAK.SP.Responses@usdoj.gov



**U.S. Department of Justice**

United States Attorney
District of Alaska

*James M. Fitzgerald Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   Commercial: (907) 271-5071
*Anchorage, AK  99513-7567*   Fax: (907) 271-3224

Oct 20, 2022

Comcast
ATTN: Custodian of Records
1800 Bishop Gate Blvd.
Mount Laurel, NJ 08054

Re:   Grand Jury Subpoena Duces Tecum

Dear Custodian of Records:

| **Your Appearance Date** |
|:---:|
| Tuesday, November 15, 2022 |

You have been served with a grand jury subpoena duces tecum, to produce certain enumerated records before the Federal Grand Jury in Anchorage, Alaska, at 9:00 a.m. on the date listed in the block above.

You have the right to appear before the grand jury. To minimize your inconvenience in complying with this subpoena, you may mail the requested documents certified to our office, or provide the documents to the agent serving the subpoena in lieu of personally producing the documents before the grand jury.

Should you decide to provide the documents by certified mail, the officer responsible for complying with this subpoena must execute the enclosed affidavit before a notary public. This affidavit must accompany the documents being forwarded.

**Please be advised that disclosure of this subpoena may impede an ongoing criminal investigation.**

If you have any questions regarding the subpoena or the method by which that subpoena may be satisfied, please contact me collect at (907) 271-5071.

Sincerely,

S. LANE TUCKER
United States Attorney

Enclosure(s):  Subpoena
               Affidavit of Compliance
               Acceptance of ESI
               ECPA Importance Notice

s/ WILLIAM A. TAYLOR
WILLIAM A. TAYLOR
Assistant U.S. Attorney